**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: July 30, 2014
Court Reporter: Terri Lindblom                 Time: 55 minutes
Probation Officer: Darren Streich              Interpreter: Susana Cahill

---

**CASE NO.  13-CR-00160-PAB-2**

Parties                                        Counsel

**UNITED STATES OF AMERICA,**                  Kasandra Carleton


         Plaintiff,

vs.

**2.  ELISEO AVALOS-TORRES,**                  David Owen



         Defendant.

---

**SENTENCING**

---

**10:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report
are not disputed by the parties and are adopted in the Court's factual findings in this case.
The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00160-PAB-2
July 30, 2014

Defendant withdraws his objection to the presentence investigation report [Docket No. 652].

Argument by Ms. Carleton in support of the Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) and Government's Motion for Downward Variance and Amended Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1.

Argument by Mr. Owen.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) [Docket No. 630], is **GRANTED.**

**ORDERED:**   Government's Motion for Downward Variance and Amended Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 [Docket No. 812], is **GRANTED**.

Argument by Mr. Owen in support of the defendant's Oral Motion for a Variant Sentence and comments addressing sentencing.

Argument by Ms. Carleton and comments addressing sentencing.

Defendant addresses the Court.

**ORDERED:**   Defendant's Oral Motion for a Variant Sentence is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **November 14, 2013** to count **One of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **94** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

Page Three
13-CR-00160-PAB-2
July 30, 2014

**ORDERED:** **Conditions** of Supervised Release that:

(**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

(**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

(**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**) If defendant is not deported he shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

(**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 632], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Eliseo Avalos-Torres [Docket No. 634], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

Page Four
13-CR-00160-PAB-2
July 30, 2014

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:58 a.m.    COURT IN RECESS**

**Total in court time:    55 minutes**

**Hearing concluded**